AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

RECEIVED
2017 OCT 27 PM 2: 19
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON KENNETH BELL | ) | Case No. |
|  | ) | 5:17-MJ-_94_ |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 23, 2017__ in the county of __Bleckley__ in the __Middle__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Interstate Transmission of Threat to Injure (Making Threatening Interstate Communications) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Amanda Risner_
Complainant's signature

Amanda L. Risner - FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _October 27, 2017_

City and state: _Macon, Georgia_

_C?K_
Judge's signature

Charles H. Weigle - United States Magistrate Judge
Printed name and title

## CHARGE

## COUNT ONE
### (Interstate Transmission of Threat to Injure)

On or about October 23, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JASON KENNETH BELL,**

Defendant herein, did knowingly and willfully transmit in interstate and foreign commerce from the State of Georgia to the District of Columbia, a communication to an employee at the office of United States Senator Timothy Scott, and the communication contained a threat to injure the person of another, to wit: United States Senator Timothy Scott, specifically "I am going to kill that motherfucker;" all in violation of Title 18, United States Code, Section 875(c).

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, AMANDA L. RISNER, (Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Atlanta Division, Macon Resident Agency, being duly sworn, depose and state as follows to wit:

## I. INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent (SA) with the FBI and have been so employed since July 2017. I am currently assigned to the Atlanta Division, Macon Resident Agency. Upon being hired as a Special Agent, I attended the FBI Academy in Quantico, Virginia where I received extensive training on investigating various violations of federal law. I received specific training in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been involved in the investigation of several types of offenses against the United States.

3. This affidavit is intended to show merely that there is probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for a complaint against and arrest warrant for JASON KENNETH BELL.

5. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that JASON KENNETH BELL committed

violations of Title 18, United States Code, Section 875(c) – Making Threatening Interstate Communications.

### III. CHARGE

6. On or about October 23, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

JASON KENNETH BELL,

Defendant herein, did knowingly and willfully transmit in interstate and foreign commerce from the State of Georgia to the District of Columbia, a communication to an employee at the office of United States Senator Timothy Scott, and the communication contained a threat to injure the person of another, to wit: United States Senator Timothy Scott, specifically "I am going to kill that motherfucker;" all in violation of Title 18, United States Code, Section 875(c).

### IV. STATEMENT OF PROBABLE CAUSE

7. This case is premised on one telephone call received by South Carolina Senator Tim Scott's offices in Washington, DC by an individual, believed to be JASON KENNETH BELL (hereinafter BELL). The telephone call was received on October 23, 2017.

OCTOBER 23, 2017

8. On October 23, 2017, an employee at Senator Tim Scott's Washington, DC office received a phone call from an individual with telephone number 478-230-1323

voicing his opinion on the Senator's stance on Neo-Nazis and the caller's disapproval on the Senator meeting with the president regarding Neo-Nazis. When asked what specific message the caller would like to pass on to the Senator, he replied "Yeah he is an ignorant motherfucker, goddamn, I can't stand that motherfucker. Saying that Neo-Nazi and white people are the problem. I am going to kill that motherfucker." At that time, the employee attempted to obtain the caller's information but the caller hung up. Approximately fifteen minutes later, the office received another phone call from 478-230-1323 and at this time the caller identified himself as JASON KENNETH BELL. BELL has left approximately ten voice mail messages at this office since October 23, 2017.

## PREVIOUS HISTORY OF PHONE CALLS

10. BELL has been the subject of several FBI threat assessments due to threatening phone calls he has made to various organizations, to include NAACP and local news stations. Additionally, the US Capitol Police has received numerous reports regarding BELL making harassing and threatening phone calls and voice mail messages to various Congressmen's offices. In these phone calls BELL frequently references and praises Dylann Roof, who was convicted of the mass shooting at Emanuel African Methodist Episcopal Church in Charleston, South Carolina in 2015. BELL has made references to suicide- in a phone call on October 25, 2017, BELL stated "I can't take it. If my mother wasn't here, I'd already blow my brains

out. That's a fact." BELL has self-identified in several calls, stating his name and providing his telephone number as 478-230-1323.

11. In August 2017, US Capitol Police reached out to local law enforcement to conduct a welfare check at BELL's known residence, 206 Antioch Road, Cochran, Georgia, 31014, where BELL lives with his mother. BELL had used telephone number 478-230-1323 to contact a member of Congress and had left concerning voice mail messages. Local law enforcement conducted a welfare check at 206 Antioch Road, Cochran, Georgia at that time and found BELL at the residence. Additionally, local law enforcement received a phone call regarding a potential domestic disturbance at 206 Antioch Road, Cochran, Georgia approximately three weeks ago. Law enforcement observed BELL sitting outside on the porch yelling while on his phone.

12. BELL has also utilized telephone number 478-298-2540 to make these phone calls to the Congressmen's office. US Capitol Police have contacted BELL several times at telephone number 478-298-2540 and discussed the phone calls he made to various Congressmen. BELL admitted to making the phone calls but stated he was not violent and was only trying to have a conversation. BELL stated he has contacted various members of Congress regarding the "untruths of black victimization" for the past six years and will continue to do so until someone finally understands him.

13. BELL was previously arrested by the Dekalb County Sheriff's Office in March of 2017 and charged with terrorist threats and acts due to his threatening phone calls to the CNN office located in Atlanta, Georgia.

## V. CONCLUSION

Based on the foregoing, I believe that probable cause exists to support charges of Title 18, United States Code 875(c) – Making Threatening Interstate Communications.

Respectfully submitted,

*Amanda Risner*
AMANDA L. RISNER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me on October 27, 2017.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA