AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| JASON KENNETH BELL | ) Case No. 5:17-MJ-**94** |
| | ) 1820  1031  01485 |
| | ) Fid 10436101 |
| | ) USMS 00484-120 |
| *Defendant* | ) |

*[Stamp: 2017 OCT 30 PM 2:58 US MARSHALS SERVICE MIDDLE GEORGIA]*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON KENNETH BELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 875(c) - Interstate Transmission of Threat to Injure (Making Threatening Interstate Communications)

Date: October 27, 2017

City and state: Macon, Georgia

*Issuing officer's signature*

Charles H. Weigle - United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/27/17, and the person was arrested on *(date)* 10/27/17
at *(city and state)* Cochran, Georgia.

Date: 10/30/17

*Amanda Risner*
*Arresting officer's signature*

Special Agent Amanda Risner
*Printed name and title*